that may be made by the substituted trustees of the property of the Hollis Park Company. The order of February 16, 1909, as resettled by the order of March 11, 1909, is hereby modified by striking therefrom the following words: "Ordered, that the said substituted trustees shall be, and they hereby are, empowered to sell the said property upon such terms as to them may seem reasonable and fair, and convey good and sufficient title in all respects, title to be given by them as liquidated trustees for the Hollis Park Company"—and, as so modified, the said order is affirmed, without costs.

HOLMES, Appellant, v. DELAWARE & H. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Christopher A. Holmes, an infant, by George H. Holmes, his guardian ad litem, against the Delaware & Hudson Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 128 App. Div. 24, 112 N. Y. Supp. 421.

KELLOGG, J., dissents.

HOOVER, Respondent, v. HUBBARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Elbie G. Hoover against Henry D. Hubbard, impleaded.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

HOPKINS, Respondent, v. SNYDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Bartholomew Hopkins against Bernard Snyder and another. No opinion. Motion denied, without costs.

HORSTMAN, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Frederick Horstman against Marx Hartman. No opinion. Motion denied, without costs.

HOUSE, Respondent, v. GRIFFITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Albert B. House against Lewis E. Griffith. No opinion. Order affirmed, with $10 costs and disbursements.

HOUSE, Respondent, v. GRIFFITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Mary L. House against Lewis E. Griffith. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOUSEL. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of Percy L. Housel for license and admission to practice as an official examiner of title. No opinion. Motion to resettle order granted, without costs.

In re HOUSMAN AVE. IN CITY OF NEW YORK (four cases). (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of the City of New York relative to acquiring title to the lands, tenements, and hereditaments required for the opening and extending of Housman avenue from the southerly line of Richmond Terrace to the pier and bulkhead line in the Third ward, borough of Richmond, city of New York. No opinion. Motion granted, with costs, unless the appellant pay $10 costs and perfect the appeal within 20 days, in which event the motion is denied, without costs.

In re HOWARD. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of proceedings for the disbarment of James A. Howard, an attorney and counselor at law. No opinion. Motion granted, and name stricken from the roll of attorneys.

HUBER, Respondent, v. HUBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William J. Huber against Mary Huber.

PER CURIAM. Order of County Court of Queens County reversed on argument, with $10 costs and disbursements, and motion denied, with costs, on the ground of want of jurisdiction in the County Court.

In re HULSHOF. (Supreme Court, Special Term, New York County. May, 1909.) In the matter of one Hulshof.

PER CURIAM. It is not made apparent that the Davis law is applicable to teachers of special subjects, such as German. Irrespective, therefore, of the question of laches, it seems to me that petitioner is not even entitled to an alternative writ. Motion denied. See also, 130 App. Div. 903, 115 N. Y. Supp. 1139; 131 App. Div. 903, 115 N. Y. Supp. 1138.

HUMMELL et al., Respondents, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Peter H. Hummell and others against Frank B. Reynolds. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 119 App. Div. 927, 104 N. Y. Supp. 1130.

HUNGERFORD et al. v. SNOW et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Amasa Hungerford and another, as executors, etc., against Clara L. Snow and another. No opinion. Motion for reargument denied, with $10 costs. See, also, 129 App. Div. 816, 114 N. Y. Supp. 127.